UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nicholas Somberg

           Plaintiff(s),

v.

Karen McDonald, in her official capacity
(see FRCP 25(d))

           Defendant(s).
_____/

Case No. 20-cv-11917

Hon. Gershwin A. Drain

## NOTICE OF APPEAL

Notice is hereby given that **Plaintiff Nicholas Somberg** appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on September 22, 2023.

Date: September 22, 2023

Counsel is: **RETAINED**

/s/ Philip L. Ellison

Outside Legal Counsel PLC
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.