# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 22, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

     Re: Case No. 23-1872, *Nicholas Somberg v. Karen McDonald*
       Originating Case No. 2:20-cv-11917

Dear Ms. Essix,

 Enclosed is a copy of the mandate filed in this case.

             Sincerely,

             s/Abby Hahn
             for Ryan Orme, Case Manager

cc: Mr. Philip Lee Ellison
   Mr. Andrew Casey Geronimo
   Ms. Brooke Elizabeth Tucker

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-1872

_____

Filed: October 22, 2024

NICHOLAS PAUL SOMBERG

    Plaintiff - Appellant

v.

KAREN D. MCDONALD, in her official capacity as Prosecutor of Oakland County, MI

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 08/28/2024 the mandate for this case hereby issues today.

COSTS: None